SILAS MERCHANT et al., appellants,

*v.*

JOSIAH COMBACK et al., respondents.

On appeal from a decree of the ordinary, whose opinion is reported in *Merchant's Case, 12 Stew. Eq. 506.*

*Mr. A. W. Cutler,* for appellants.

*Mr. J. H. Neighbour,* for respondents.

Oakey *v.* Cook.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the ordinary.